```
 1  Amanda C. Sommerfeld (SBN: 185052)
    asommerf@winston.com
 2  Bennett J. Kaspar (SBN: 301040)
    bkaspar@winston.com
 3  WINSTON & STRAWN LLP
    333 S. Grand Avenue
 4  Los Angeles, CA 90071-1543
    Telephone:   (213) 615-1700
 5  Facsimile:   (213) 615-1750

 6  Attorneys for Defendants
    SKYWEST, INC., and SKYWEST
 7  AIRLINES, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL TAPP, RENEE SITAVICH, SARAH HUDSON, BRANDON COLSON, and BRUNO LOZANO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKYWEST, INC., and SKYWEST AIRLINES, INC.,<br><br>Defendants. | Case No. 3:15-cv-05146-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1404(A) AND THE "FIRST TO FILE" RULE<br><br>Date:   ~~January 8, 2016~~<br>Time:   ~~10:00 a.m.~~<br>Place:  Courtroom 7 |

On November 27, 2015, Defendants SkyWest, Inc. and SkyWest Airlines, Inc. ("Defendants") filed a Motion to Transfer Venue pursuant to 28 U.S.C. section 1404(a) and the "first to file" rule. Plaintiffs Cheryl Tapp, Renee Sitavich, Sarah Hudson, Brandon Colson, and Bruno Lozano ("Plaintiffs") do not oppose transfer and consent to this Court granting the Motion and ordering a transfer of this case to the U.S. District Court for the Northern District of Illinois.

PURSUANT TO STIPULATION and GOOD CAUSE APPEARING, transfer to the Northern District of Illinois is SO ORDERED.

Dated: December 9, 2015



_____
HON. MAXINE M. CHESNEY
District Court Judge

Submitted by:
WINSTON & STRAWN LLP
By: /s/ Amanda C. Sommerfeld

Amanda C. Sommerfeld
Attorneys for Defendants
SKYWEST, INC. and SKYWEST AIRLINES, INC.